**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Scott M Horner                                    CHAPTER 13
       Joie M Horner

               Debtor(s)                          BKY. NO. 24-11843 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Pingora Loan Servicing, LLC and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ *Denise Carlon*
                                        PA Eastern BK
                                        06 Jun 2024, 17:37:43, EDT

                                        KML Law Group, P.C.
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106-1532
                                        (215) 627-1322