**THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE:  Scott M. Horner | : | Chapter 13 |
| and Joie M Horner, | : | |
| Joint Debtors | : | Case No.:  24-11843-pmm |

CERTIFICATE OF SERVICE

I, Joseph Quinn, Esquire, attorney for Debtor hereby certify that a true and correct copy of Debtor's proposed First Amended Chapter 13 Plan dated and docketed June 28, 2024 was forwarded to the following parties, as follows:

*Via First Class Mail on June 28, 2024:*

Lynn S. Unger, Bankr. Spec.
Members 1st FCU
PO Box 8893
Camp Hill PA 17001

All other creditors not otherwise served via ECF

*Via Electronic Filing (ECF) on June 28, 2024:*

Denise Elizabeth Carlon, Esquire on behalf of Pingora Loan Servicing, LLC
bkgroup@kmllawgroup.com

Scott F. Waterman, Esquire, Chapter 13 Trustee
ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

                                                               **ROSS, QUINN & PLOPPERT, P.C.**

                                    By:    <u>/s/ Joseph Quinn</u>
                                                  Joseph Quinn, Esquire
                                                  Attorney I.D. No. 307467
                                                  192 S. Hanover Street, Suite 101
                                                  Pottstown, PA 19464
                                                  T: 610.323.5300
                                                  F: 610.323.6081
                                                  jquinn@rqplaw.com
Date:  <u>June 28, 2024</u>                        Counsel for Debtor

1