United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Scott M Horner  
Joie M Horner  
    Debtors

Case No. 24-11843-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 3  
Date Rcvd: Nov 14, 2024     Form ID: 155     Total Noticed: 34

The following symbols are used throughout this certificate:

**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott M Horner, Joie M Horner, 26 W 2nd Street, Boyertown, PA 19512-1402 |
| 14892659 | + | Health Center at Emmaus, 1040 Chestnut Street, Emmaus, PA 18049-1952 |
| 14892661 | + | Lehigh Valley Hospital - Cedar Crest, 1240 S Cedar Crest Blvd, Suite 203, Allentown, PA 18103-6218 |
| 14910739 | | Nationstar Mortgage LLC, Attn: Bankruptcy Department P.O. Box 619, Dallas, TX 75261-9741 |
| 14895663 | + | Pingora Loan Servicing LLC, c/o Denise Carlon, KML Law Group P.C., 701 Market Street Ste 5000, Philadelphia Pa 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14892649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:04:28 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14892650 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 15 2024 00:02:47 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14899175 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 15 2024 00:03:33 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:30 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14905672 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:03:16 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14892653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:04:19 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14892654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | Comenity/Hot Topic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14892655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 14 2024 23:57:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14892656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 15 2024 00:05:09 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14892657 | | Email/Text: bankruptcy@diamondcu.com | Nov 14 2024 23:57:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14895680 | | Email/Text: mrdiscen@discover.com | Nov 14 2024 23:57:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14892658 | + | Email/Text: mrdiscen@discover.com | Nov 14 2024 23:57:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14905770 | | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 14 2024 23:57:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14892651 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 15 2024 00:03:30 | Chase Card Services, Attn: Bankruptcy, P.O. |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Nov 14, 2024 | Form ID: 155 | Total Noticed: 34

| | | | | |
|---|---|---|---|---|
| | | | | 15298, Wilmington, DE 19850 |
| 14906089 | + | Email/Text: RASEBN@raslg.com | Nov 14 2024 23:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14892660 | + | Email/Text: PBNCNotifications@perituservices.com | Nov 14 2024 23:57:00 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14892663 | | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 14 2024 23:57:00 | Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14892664 | | Email/Text: EBN@Mohela.com | Nov 14 2024 23:57:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 14907560 | + | Email/Text: Unger@Members1st.org | Nov 14 2024 23:57:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14892662 | + | Email/Text: Unger@Members1st.org | Nov 14 2024 23:57:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14899995 | + | Email/Text: BankruptcyEast@firstenergycorp.com | Nov 14 2024 23:57:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 14892665 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 14 2024 23:57:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14911797 | | Email/Text: bnc-quantum@quantum3group.com | Nov 14 2024 23:57:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14905484 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 15 2024 00:02:58 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892666 | | Email/Text: consumerbankruptcy@simmonsbank.com | Nov 14 2024 23:57:00 | Simmons Bank, Attn: Bankruptcy, Po Box 7009, Pine Bluff, AR 71611 |
| 14907447 | | Email/Text: consumerbankruptcy@simmonsbank.com | Nov 14 2024 23:57:00 | simmons bank, po box 6609, pine bluff, AR 71611 |
| 14892667 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:05 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14892668 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:05:03 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14892669 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 15 2024 00:04:08 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 16, 2024      Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Scott M Horner CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Joie M Horner CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

*Form 155* (2/24)

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>  Scott M Horner<br><br>  Joie M Horner<br><br>  Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−11843−pmm<br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.


Date: November 14, 2024                                         For The Court

                                                                Patricia M. Mayer
                                                                Judge, United States Bankruptcy Court