| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 24-11843-PMM**

Scott M Horner  
Joie M Horner  
26 W 2nd Street  
Boyertown  PA   19512

Petition Filed Date: 05/30/2024  
341 Hearing Date: 07/16/2024  
Confirmation Date: 11/14/2024

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/30/2024 | $296.00 | | 10/01/2024 | $296.00 | | 10/28/2024 | $296.00 | |
| 12/03/2024 | $296.00 | | 01/02/2025 | $298.99 | | 01/28/2025 | $296.00 | |
| 03/03/2025 | $296.00 | | 03/31/2025 | $296.00 | | 04/28/2025 | $296.00 | |
| 06/03/2025 | $296.00 | | 06/30/2025 | $296.00 | | 07/29/2025 | $296.00 | |

**Total Receipts for the Period: $3,554.99    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $4,100.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROSS, QUINN & PLOPPERT, P.C. | Attorney Fees | $2,870.00 | $2,870.00 | $0.00 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $3,145.03 | $0.00 | $3,145.03 |
| 2 | DIAMOND FEDERAL CREDIT UNION »» 002 | Unsecured Creditors | $3,464.45 | $49.10 | $3,415.35 |
| 3 | DIAMOND FEDERAL CREDIT UNION »» 003 | Unsecured Creditors | $15,468.10 | $219.22 | $15,248.88 |
| 4 | CAPITAL ONE BANK (USA) NA »» 004 | Unsecured Creditors | $4,168.02 | $0.00 | $4,168.02 |
| 5 | MET-ED FIRST ENERGY COMPANY »» 005 | Unsecured Creditors | $670.67 | $0.00 | $670.67 |
| 6 | RESURGENT RECEIVABLES, LLC »» 006 | Unsecured Creditors | $1,912.53 | $0.00 | $1,912.53 |
| 7 | RESURGENT RECEIVABLES, LLC »» 007 | Unsecured Creditors | $475.73 | $0.00 | $475.73 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $1,112.78 | $0.00 | $1,112.78 |
| 9 | JEFFERSON CAPITAL SYSTEMS LLC »» 009 | Unsecured Creditors | $755.45 | $0.00 | $755.45 |
| 10 | RESURGENT RECEIVABLES, LLC »» 010 | Unsecured Creditors | $2,503.57 | $0.00 | $2,503.57 |
| 11 | CHASE BANK USA NA »» 011 | Unsecured Creditors | $2,225.21 | $0.00 | $2,225.21 |
| 12 | SIMMONS BANK »» 012 | Unsecured Creditors | $3,946.18 | $0.00 | $3,946.18 |
| 13 | MEMBERS 1ST FCU »» 013 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | CHASE BANK USA NA »» 014 | Unsecured Creditors | $2,226.29 | $0.00 | $2,226.29 |

**Chapter 13 Case No. 24-11843-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | RESURGENT RECEIVABLES, LLC »» 015 | Unsecured Creditors | $1,286.51 | $0.00 | $1,286.51 |
| 16 | NATIONSTAR MORTGAGE LLC »» 016 | Mortgage Arrears | $615.89 | $615.89 | $0.00 |
| 17 | QUANTUM3 GROUP LLC AS AGENT FOR »» 017 | Unsecured Creditors | $450.22 | $0.00 | $450.22 |
| 18 | RESURGENT RECEIVABLES, LLC »» 018 | Unsecured Creditors | $535.80 | $0.00 | $535.80 |
| 19 | RESURGENT RECEIVABLES, LLC »» 019 | Unsecured Creditors | $3,016.73 | $0.00 | $3,016.73 |
| 20 | RESURGENT RECEIVABLES, LLC »» 020 | Unsecured Creditors | $1,530.46 | $0.00 | $1,530.46 |
| 21 | COMENITY/HOT TOPIC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | HEALTH CENTER AT EMMAUS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | KOHLS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 24 | LEHIGH VALLEY HOSPITAL | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | MOHELA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $4,100.99 | Current Monthly Payment: | $296.00 |
| Paid to Claims: | $3,754.21 | Arrearages: | ($2.99) |
| Paid to Trustee: | $336.07 | Total Plan Base: | $25,808.00 |
| Funds on Hand: | $10.71 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.