# IN THE U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  Scott M Horner and Joie M Horner | : | Chapter 13 |
| Debtors | : | No. : 24-11843-pmm |

### ORDER

AND NOW, upon Debtors' Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 24-11843-pmm is DISMISSED.

BY THE COURT:

*Patricia M. Mayer*

**Date: January 15, 2026**

HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE