United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-11843-pmm |
| Scott M Horner | Chapter 13 |
| Joie M Horner | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: pdf900 | Total Noticed: 36 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 17, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Scott M Horner, Joie M Horner, 26 W 2nd Street, Boyertown, PA 19512-1402 |
| 14892659 | + | Health Center at Emmaus, 1040 Chestnut Street, Emmaus, PA 18049-1952 |
| 14892661 | + | Lehigh Valley Hospital - Cedar Crest, 1240 S Cedar Crest Blvd, Suite 203, Allentown, PA 18103-6218 |
| 14910739 | | Nationstar Mortgage LLC, Attn: Bankruptcy Department P.O. Box 619, Dallas, TX 75261-9741 |
| 14895663 | + | Pingora Loan Servicing LLC, c/o Denise Carlon, KML Law Group P.C., 701 Market Street Ste 5000, Philadelphia Pa 19106-1541 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 16 2026 00:33:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 16 2026 00:33:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14892649 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:50 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14892650 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 16 2026 00:37:02 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14899175 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 16 2026 00:37:16 | Capital One, N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14892651 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 16 2026 00:37:25 | Chase Card Services, Attn: Bankruptcy, P.O. 15298, Wilmington, DE 19850-5298 |
| 14892652 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:50 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14905672 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:43 | Citibank N.A., Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14892653 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:55 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14892654 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2026 00:33:00 | Comenity/Hot Topic, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14892655 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 16 2026 00:33:00 | ComenityCapital/Boscov, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 14892656 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 16 2026 00:47:49 | Costco Citi Card, Attn: Bankruptcy, Po Box 6500, Sioux Falls, SD 57117-6500 |
| 14892657 | | Email/Text: bankruptcy@diamondcu.com | Jan 16 2026 00:33:00 | Diamond Credit Union, 1600 Medical Dr, Pottstown, PA 19464 |
| 14895680 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 15, 2026 | Form ID: pdf900 | Total Noticed: 36 |

| | | | Jan 16 2026 00:33:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
|---|---|---|---|---|
| 14892658 | + | Email/Text: mrdiscen@discover.com | | |
| | | | Jan 16 2026 00:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14905770 | | Email/Text: JCAP_BNC_Notices@jcap.com | | |
| | | | Jan 16 2026 00:33:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud MN 56302-9617 |
| 14906089 | + | Email/Text: RASEBN@raslg.com | | |
| | | | Jan 16 2026 00:33:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14892660 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | | |
| | | | Jan 16 2026 00:37:02 | Kohl's, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14892663 | | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | | Jan 16 2026 00:33:00 | Met-Ed, PO Box 16001, Reading, PA 19612-6001 |
| 14892664 | | Email/Text: EBN@Mohela.com | | |
| | | | Jan 16 2026 00:33:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Dr, Chesterfiled, MO 63005 |
| 14907560 | + | Email/Text: Unger@Members1st.org | | |
| | | | Jan 16 2026 00:33:00 | Members 1st FCU, PO Box 8893, Camp Hill, PA 17001-8893 |
| 14892662 | + | Email/Text: Unger@Members1st.org | | |
| | | | Jan 16 2026 00:33:00 | Members 1st FCU, Attn: Bankruptcy, 5000 Marketplace Way, Enola, PA 17025-2431 |
| 14899995 | + | Email/Text: BankruptcyEast@firstenergycorp.com | | |
| | | | Jan 16 2026 00:33:00 | Met-Ed, 101 Crawford's Corner Road, Building 1 Suite 1-511, Holmdel NJ 07733-1976 |
| 14892665 | + | Email/Text: nsm_bk_notices@mrcooper.com | | |
| | | | Jan 16 2026 00:33:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P. O. Box 619098, Dallas, TX 75261-9098 |
| 14911797 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Jan 16 2026 00:33:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 14905484 | | Email/PDF: resurgentbknotifications@resurgent.com | | |
| | | | Jan 16 2026 00:37:05 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14892666 | | Email/Text: consumerbankruptcy@simmonsbank.com | | |
| | | | Jan 16 2026 00:33:00 | Simmons Bank, Attn: Bankruptcy, Po Box 7009, Pine Bluff, AR 71611 |
| 14907447 | | Email/Text: consumerbankruptcy@simmonsbank.com | | |
| | | | Jan 16 2026 00:33:00 | simmons bank, po box 6609, pine bluff, AR 71611 |
| 14892667 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2026 00:37:15 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14892668 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2026 00:37:15 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 14892669 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Jan 16 2026 00:37:25 | Synchrony/PayPal Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 15, 2026 | Form ID: pdf900 | Total Noticed: 36 |

complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 17, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 15, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PINGORA LOAN SERVICING LLC bkgroup@kmllawgroup.com |
| JOSEPH L QUINN | on behalf of Debtor Scott M Horner CourtNotices@rqplaw.com |
| JOSEPH L QUINN | on behalf of Joint Debtor Joie M Horner CourtNotices@rqplaw.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

# IN THE U.S. BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  Scott M Horner and Joie M Horner  :  Chapter 13
               Debtors  :  No. : 24-11843-pmm

## ORDER

AND NOW, upon Debtors' Praecipe to Voluntarily Dismiss the Chapter 13 Bankruptcy Case pursuant to 11 U.S.C. 1307(b), it is hereby ORDERED that Case 24-11843-pmm is DISMISSED.

BY THE COURT:

**Date: January 15, 2026**

_____
HON. PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE